UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| Comcast of Massachusetts III, Inc. | ) | Case No.: |
|---|---|---|
| Plaintiff | ) ) ) | CORPORATION DISCLOSURE STATEMENT |
| vs. | ) ) | |
| Stephen Johnson | ) | 05cv10 DPW |
| Defendant | ) ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts III, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts III, Inc., is a Delaware Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts III, Inc. is wholly owned by Comcast Cable Communications Holdings, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Local Counsel,

Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

Page     1