AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Stephen Johnson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05cv 10688 DPW

TO: (Name and address of Defendant)

Stephen Johnson
60 Wood Street
Lexington, MA 02421

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 07 2005

CLERK                                    DATE

(By) DEPUTY CLERK



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

May 3, 2005

I hereby certify and return that on 4/29/2005 at 12:35PM I served a true and attested copy of the SUMMONS AND COMPLAINT AND CORPORATE DISCLOSURE STATEMENT in this action in the following manner: To wit, by leaving at the last and usual place of abode of STEPHEN JOHNSON, , 60 WOOD STREET LEXINGTON, MA and by mailing 1st class to the above address on 4/29/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.00), Postage and Handling ($3.00), Travel ($7.68) Total Charges $43.68

_____
Deputy Sheriff

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                  Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.