UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF MASSACHUSETTS III, INC. | ) |
| v. | ) No. 05-CV-10688-DPW |
| STEPHEN JOHNSON | ) |

## ANSWER

1. Denied.

2. Denied.

3. Defendant is without sufficient information to admit or deny.

4. Admitted that defendant is an individual with a current residence of 60 Wood Street. Lexingon, Ma, but denied as to all the other allegations.

5. This is a legal assertion in which defendant neither admits or denies.

6. This is a legal assertion in which defendant neither admits or denies.

7. This is a legal assertion in which defendant neither admits or denies.

8. This is a legal assertion in which defendant neither admits or denies.

9. This is a legal assertion in which defendant neither admits or denies.

10. This is a legal assertion in which defendant neither admits or denies.

11. This is a legal assertion in which defendant neither admits or denies.

12. This is a legal assertion in which defendant neither admits or denies.

13. This is a legal assertion in which defendant neither admits or denies.

14. This is a legal assertion in which defendant neither admits or denies.

15. This is a legal assertion in which defendant neither admits or denies.

16. This is a legal assertion in which defendant neither admits or denies.

17. Defendant re-assets his answers to paragraphs 1-16 above.

18. Defendant re-assets his answers to paragraphs 1-16 above.

19. Defendant re-assets his answers to paragraphs 1-16 above.

20. Defendant re-assets his answers to paragraphs 1-16 above.

21. Defendant re-assets his answers to paragraphs 1-16 above.

22. Defendant re-assets his answers to paragraphs 1-16 above.

23. Defendant re-assets his answers to paragraphs 1-16 above.

24. Defendant re-asserts his answers to paragraphs 1-23 above.

25. Defendant re-asserts his answers to paragraphs 1-23 above.

26. Defendant re-asserts his answers to paragraphs 1-23 above.

27. Defendant re-asserts his answers to paragraphs 1-23 above.

Wherefore

Requests that judgement enter in the defendants favor.

                                                  Respectfully Submitted for the defendant

                                                  STEPHEN JOHNSON

                                                  Pro se,

Stephen Johnson
60 Wood Street
Lexington, MA 02421
781-863-9473

Dated: May 17, 2005                                                                                  H:\Word\Civil\Johnson\draft partial answer.wpd.