UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Massachusetts III, Inc.** | ) | Case No.: 1:05-cv-10688 DPW |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| **Stephen Johnson** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Massachusetts III, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendant Stephen Johnson (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendant has failed to appear, has failed to serve a responsive pleading, and has failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendant. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

                                                  Respectfully Submitted for the Plaintiff,
                                                  Comcast of Massachusetts III, Inc.
                                                  By Its Attorney,

5/25/05                                         /s/ John M. McLaughlin
Date                                            John M. McLaughlin
                                              **Green, Miles, Lipton & Fitz-Gibbon**
                                               77 Pleasant Street
                                               P.O. 210
                                               Northampton, MA 01061
                                               Telephone: (413) 586-0865
                                               BBO No. 556328

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 25th day of May, 2005, a copy of the foregoing Request for Default was mailed first class to:

Stephen Johnson
60 Wood Street
Lexington, MA 02421

                                              /s/ John M. McLaughlin
                                              John M. McLaughlin, Esq.