UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.** ) | Case No.:  1:05-cv-10688 DPW |
| ) | |
| Plaintiff, ) | STIPULATION OF DISMISSAL |
| ) | WITH PREJUDICE |
| vs. ) | |
| ) | |
| **Stephen Johnson** ) | |
| ) | |
| Defendant ) | |
| ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

6/13/05
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone:  (413) 586-0865
BBO No. 556328


Respectfully Submitted by the Defendant,
Stephen Johnson

06/09/05
Date

Stephen Johnson
60 Wood Street
Lexington, MA 01801

1